IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONYA JOHNSON,

   Petitioner,

v.

ADAM'S C-MART, INC./MITSUI
SUMITOMO INSURANCE USA
INC.,

   Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3496

Opinion filed August 22, 2016.

Petition for Writ of Certiorari – Original Jurisdiction.

Nicolette E. Tsambis of Smith, Feddeler & Smith, P.A., Lakeland, for Petitioner.

John G. Brady of the Brady Law Group, PLC, Tampa, for Respondents.

PER CURIAM.

   DENIED.

ROBERTS, C.J., ROWE and BILBREY, JJ., CONCUR.